IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-10741
_____

GARY LYN ELKINS, ET AL,

                                                    Plaintiffs

GARY LYN ELKINS

                      Plaintiff - Appellee Cross-Appellant


                           versus


FRITZ COMPANIES INC, ET AL

                                                    Defendants

FRITZ COMPANIES INC

                      Defendant-Appellant Cross-Appellee



_____

Appeal from the United States District Court
For the Northern District of Texas
(3:96-CV-491-H)
_____

August 5, 1998


Before REYNALDO G. GARZA, HIGGINBOTHAM, and EMILIO M. GARZA,
Circuit Judges.

PER CURIAM:[*]

     AFFIRMED.  See Local Rule 47.6.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.